# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-CR-00233-ALM-AGD |
| | § | |
| CHRISTOPHER DALE WOODALL | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #906) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with six (6) months to run consecutively to any sentence imposed by the Lamar County District Court in cause number 31869 and six (6) months and one (1) day to run concurrently with the sentence imposed by that court, with two (2) years of supervised release to follow.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #905), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with six (6) months to run consecutively to any sentence imposed by the Lamar County District Court in cause number 31869 and six (6) months and one (1) day to run concurrently with the sentence imposed

by that court, with two (2) years of supervised release to follow; all prior conditions imposed in the original judgment are reimposed here.

**SIGNED this 4th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE